AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: District of Massachusetts | |
|---|---|---|
| Name: John W. Candelora | Prisoner No. W-69212 | Case No. |
| Place of Confinement: N.C.C.I. Gardner, P.O. Box 466, Gardner, Ma. 01440 | 05-11794 WGY  MAGISTRATE JUDGE Bowler | |
| Name of Petitioner (include name under which convicted): John W. Candelora | Name of Respondent (authorized person having custody of petitioner): V. Steven O'Brien, Superintendent | |

The Attorney General of the State of: **MASSACHUSETTS**

**PETITION**

1. Name and location of court which entered the judgment of conviction under attack: Plymouth Superior Court, 72 Belmont Street, Brockton Ma, 02301

2. Date of judgment of conviction: Judged and Sentenced on March 9, 2001.

3. Length of sentence: 9-12 in State Prison,

4. Nature of offense involved (all counts): Assault with intent to Rape, M.G.L. 265 §24B, Rape of Child, M.G.L. 265 §23., Indecent assault and battery M.G.L. 265 §13B., Rape of Child M.G.L. 265 §22A

5. What was your plea? (Check one)
    (a) Not guilty ☒
    (b) Guilty ☐
    (c) Nolo contendere ☐

    If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
    (a) Jury ☒
    (b) Judge only ☐

7. Did you testify at the trial?
    Yes ☒   No ☐

8. Did you appeal from the judgment of conviction?
    Yes ☒   No ☐

(2)

9. If you did appeal, answer the following:

   (a) Name of court   Commonwealth of Massachusetts, Appeals Court

   (b) Result   Conviction(s) Affirmed,

   (c) Date of result and citation, if known   December 19, 2003. **02-P-110**

   (d) Grounds raised   Trial judge abused discretion in allowing inadmissable statements and evidence "Causing Prejudice" against the Defendant

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

     (1) Name of court   SUPREME JUDICIAL COURT

     (2) Result   DENIED

     (3) Date of result and citation, if known   March 10, 2004. #FAR-13903

     (4) Grounds raised   Trial judge committing reversible error by admitting evidence of uncharged bad acts, without jury instructions, Defendant deprived of fair trial in violation of the 14th Amendment

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

     (1) Name of court   N/A

     (2) Result

     (3) Date of result and citation, if known

     (4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
   Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court   Plymouth Superior Court

     (2) Nature of proceeding   Revise and Revoke filed March 12, 2001 **(Proceeding-Still Pending)...**

     (3) Grounds raised

(3)

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result __N/A__

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court __N/A__

(2) Nature of proceeding _____

(3) Grounds raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result __N/A__

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐    No ☐
(2) Second petition, etc.    Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
   Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: Denial of the Constitutional right to a fair trial under 14th Amendment "Due Process Clause".

Supporting FACTS (state *briefly* without citing cases or law) Trial judge committed reversible error when he admitted evidence of "Uncharged Bad Acts" by petitioner that were so remote in time from the "Charged" acts as to have no probative value.

B.  Ground two: Denial of the Constitutional right to a fair trial under 14th Amendment "Due Process Clause".

Supporting FACTS (state *briefly* without citing cases or law) Trial judge committed reversible error when he admitted evidence regarding a letter written by petitioner to his wife, which contained irrelevant and confusing information...

C. Ground three: Denial of the Constitutional right to a fair trial under 14th Amendment...

Supporting FACTS (state *briefly* without citing cases or law) Prosecutor misstated the evidence in closing argument, which improperly vouched for the credibility of one of the complainants, **Thus making a difference in the jury's conclusions as to all of the Indictments...**

D. Ground four: Denial of the Constitutional right to a fair trial under 14th Amendment...

Supporting FACTS (state *briefly* without citing cases or law) Prosecutor misstated the evidence in closing argument, which supplied a false factual predicate for the alleged forcible rape, Trial judge also gave constitutionally defective jury instruction for the jury to consider...

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: Petitioner asserts that all claims are exhausted, Appellate counsel never advised petitioner of 1 yr filing period for "Timely" filing of Habeas petition.,(See attached letter from appellate counsel) Petitioner invokes **"EQUITABLE TOLLING"**...

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing **David G. Nagel** 100 Schoosett st Building 1 Suite A Pembroke Ma 02359..**Patricia A. Downey** 11 Russell st Plymouth Ma 02360

(b) At arraignment and plea See Above**

(6)

(c) At trial     Patricia A. Downey 11 Russell St Plymouth Ma 02360

(d) At sentencing     See Above**

(e) On appeal     Peter Onek (C.P.C.S.) 44 Bromfield st Boston Ma 02108

(f) In any post-conviction proceeding     N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding     N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☒    No ☐
    (a) If so, give name and location of court which imposed sentence to be served in the future:    Plymouth Superior Court 72 Belmont Street, Brockton Ma..
    (b) Give date and length of the above sentence:    3-5 yrs, MCI Cedar Junction from and after Sentence imposed on Indictments 102507 & 102100
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*John Candelora* Pro-Se
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

8-21-05
(date)

*John Candelora*
Signature of Petitioner

(7)

*Committee for Public Counsel Services*

*Public Defender Division*

*Appeals Unit*

*44 Bromfield Street, Boston, MA 02108*

TELEPHONE
(617) 482-6212

August 3, 2005

Mr. John W. Candelora (W-69212)
N.C.C.I.
P.O. Box 466
Gardner, MA 01440

Dear Mr. Candelora:

    I am writing in response to your letter of July 18. I believe that, unfortunately, your one-year deadline for filing a petition for a writ of habeas corpus has passed. I do not know if there is anything you can do at this point to avoid dismissal of any document you might now file. You might try contacting the United States District Court Pro Se clerk's office for advice. That office would know if there is some provision in the federal rules for filing documents late. The new address of the Pro Se Clerk's office is as follows.

    Pro Se Clerk
    United States District Court
    District of Massachusetts
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way
    Suite 2300
    Boston, MA 02210
    617-748-9130

    If you find out that it is not too late for you to file a federal habeas petition, then the enclosed documents might be of use to you. The Pro Se clerk sent them to me several months ago. They are intended for use by state prison inmates who need to go into federal court without the assistance of an attorney. I believe that parts of the documents can be completed simply by "cutting and pasting" the brief that you filed as part of your state appeal. (The federal court's list of attorney organizations supplements the suggestions that I sent to you last year.)

    On a separate subject, I wish to remind you (now that more than a year has passed since the reversal of some of your convictions) that, if the Commonwealth has not sought to retry

Mr. John W. Candelora (W-69212)
August 3, 2005
Page Two

you on those indictments, you can ask the Superior Court to dismiss them. That is because, under Rule 36 of the Massachusetts Rules of Criminal Procedure, the Commonwealth had one year in which to commence a new trial.

    Please feel free to write to me again if you have any further questions.

                             Sincerely,

                             Peter M. Onek
                             Appellate Attorney

Enc.

-R. 31-

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.

SUPERIOR COURT DEPARTMENT
INDICTMENT NO. **102509**

COMMONWEALTH

VS.

JOHN W. CANDELORA

---

INDICTMENT
INDECENT ASSAULT AND BATTERY - CHILD UNDER 14 YEARS
GENERAL LAWS CHAPTER 265, SECTION 13B

---

At the SUPERIOR COURT, begun and holden at BROCKTON, within and for the COUNTY of PLYMOUTH, on October 1, 1999,

THE JURORS for the Commonwealth of Massachusetts on their oath present that:

JOHN W. CANDELORA

of PEMBROKE in the COUNTY of PLYMOUTH, in or between 1996 and 1997, at PEMBROKE in the COUNTY of PLYMOUTH, did commit an indecent assault and battery upon            a child under the age of fourteen years.

A TRUE BILL

_____          _____
Foreman of the Grand Jury                Assistant District Attorney

RETURN

PLYMOUTH, SS.  On this 4th day of October, 1999, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:                          _____
                                  Assistant Clerk

3

-R. 29-

## COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.                                SUPERIOR COURT DEPARTMENT
                                             INDICTMENT NO. **102507**

COMMONWEALTH

VS.

JOHN W. CANDELORA

---

INDICTMENT
RAPE OF CHILD - USE OF FORCE
GENERAL LAWS CHAPTER 265, SECTION 22A

---

At the SUPERIOR COURT, begun and holden at BROCKTON, within and for the COUNTY of PLYMOUTH, on October 1, 1999,

THE JURORS for the Commonwealth of Massachusetts on their oath present that:

JOHN W. CANDELORA

of PEMBROKE in the COUNTY of PLYMOUTH, in or between 1996 and 1997, at NORWELL in the COUNTY of PLYMOUTH, did unlawfully have sexual intercourse or unnatural sexual intercourse with             a child under sixteen years of age, and compelled said           to submit by force and against her will, or compelled said           to submit by threat of bodily injury.

A TRUE BILL

_____                    _____
Foreman of the Grand Jury                  Assistant District Attorney

---
RETURN
---

PLYMOUTH, SS. On this 4th day of October, 1999, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:

_____
Assistant Clerk

-R. 30-

## COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.                                    SUPERIOR COURT DEPARTMENT
                                                 INDICTMENT NO. **102508**

COMMONWEALTH

VS.

JOHN W. CANDELORA

---

INDICTMENT
INDECENT ASSAULT AND BATTERY - CHILD UNDER 14 YEARS
GENERAL LAWS CHAPTER 265, SECTION 13B

---

At the SUPERIOR COURT, begun and holden at BROCKTON, within and for the COUNTY of PLYMOUTH, on October 1, 1999,

THE JURORS for the Commonwealth of Massachusetts on their oath present that:

JOHN W. CANDELORA

of PEMBROKE in the COUNTY of PLYMOUTH, in or between 1996 and 1997, at PEMBROKE in the COUNTY of PLYMOUTH, did commit an indecent assault and battery upon                a child under the age of fourteen years.

A TRUE BILL

_____              _____
Foreman of the Grand Jury             Assistant District Attorney

RETURN

PLYMOUTH, SS.   On this 4th day of October, 1999, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:
                                              _____
                                              Assistant Clerk

2

-R. 28-

## COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.

SUPERIOR COURT DEPARTMENT
INDICTMENT NO.

**102101**

COMMONWEALTH

VS.

JOHN W. CANDELORA

---

INDICTMENT
INDECENT ASSAULT AND BATTERY - CHILD UNDER 14 YEARS
GENERAL LAWS CHAPTER 265, SECTION 13B

---

At the SUPERIOR COURT, begun and holden at BROCKTON, within and for the COUNTY of PLYMOUTH, on   May 28, 1999   ,

THE JURORS for the Commonwealth of Massachusetts on their oath present that:

JOHN W. CANDELORA

of PEMBROKE in the COUNTY of PLYMOUTH, on diverse dates in or about 1996 to in or about 1998, at PEMBROKE in the COUNTY of PLYMOUTH, did indecently assault and beat one                     a child under the age of fourteen years.

A TRUE BILL

_____          _____
Foreman of the Grand Jury                 Assistant District Attorney

RETURN

PLYMOUTH, SS.   On this  1st  day of   June        , 1999, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:

_____
Assistant Clerk

4

-R. 27-

## COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.
SUPERIOR COURT DEPARTMENT
INDICTMENT NO. 102100

COMMONWEALTH

vs.

JOHN W. CANDELORA

---

INDICTMENT
RAPE OF CHILD
GENERAL LAWS CHAPTER 265, SECTION 23

---

At the SUPERIOR COURT, begun and holden at BROCKTON, within and for the COUNTY of PLYMOUTH, on May 28, 1999,

THE JURORS for the Commonwealth of Massachusetts on their oath present that:

JOHN W. CANDELORA

of PEMBROKE in the COUNTY of PLYMOUTH, on diverse dates in or about 1996 to in or about 1998, at PEMBROKE in the COUNTY of PLYMOUTH, did assault a child under sixteen years of age, with the intent unlawfully to have sexual intercourse or unnatural sexual intercourse with and abuse said                    and did unlawfully have sexual intercourse or unnatural sexual intercourse with and abuse said

A TRUE BILL

_____          _____
Foreman of the Grand Jury           Assistant District Attorney

RETURN

PLYMOUTH, SS. On this 1st day of June, 1999, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:
_____
Assistant Clerk

-R. 26-

JUL 25 2001

## COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.

SUPERIOR COURT DEPARTMENT
INDICTMENT NO. **102098**

COMMONWEALTH

VS.

JOHN W. CANDELORA

---

INDICTMENT
ASSAULT WITH INTENT TO RAPE - CHILD UNDER SIXTEEN
GENERAL LAWS CHAPTER 265, SECTION 24B

---

At the SUPERIOR COURT, begun and holden at BROCKTON, within and for the COUNTY of PLYMOUTH, on May 28, 1999 ,

THE JURORS for the Commonwealth of Massachusetts on their oath present that:

JOHN W. CANDELORA

of PEMBROKE in the COUNTY of PLYMOUTH, in or about SUMMER 1998,

at PEMBROKE in the COUNTY of PLYMOUTH, did assault one

a child under the age of sixteen years, with intent to commit rape.

A TRUE BILL

_____            _____
Foreman of the Grand Jury            Assistant District Attorney

RETURN

PLYMOUTH, SS.  On this 1st day of June , 1999, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:

**CIVIL COVER SHEET** 05  11794 WGY

%JS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
John W. Candelora

### DEFENDANTS
Steven O'Brien

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☒ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Candelora v. O'Brien__
   __in the nature of a; Petition for a Writ of Habeas Corpus__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   — I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   X II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   — III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   — IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   — V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   __N/A__

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

                                                                    YES          NO XX

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

                                                                    YES          NO

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                                                    YES          NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

                                                                    YES          NO

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

                                                                    YES XX       NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

      EASTERN DIVISION          CENTRAL DIVISION          WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

      EASTERN DIVISION          CENTRAL DIVISION          WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __John W. Candelora, in pro-se__
ADDRESS __N.C.C.I. Gardner/P.O. Box 466     Gardner Ma. 01440__
TELEPHONE NO. _____

(Cover sheet local.wpd - 11/27/00)